**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13** |
| **JACOB BENJAMIN DUMAS,** | ) | |
| | ) | **CASE NO.  18-62934-JWC** |
| | ) | |
| **DEBTOR,** | ) | **JUDGE CAVENDER** |

**MOTION TO INCUR NEW DEBT**

Comes now **JACOB BENJAMIN DUMAS**, Debtor in the above-styled Chapter

13 case, by and through undersigned counsel, and file this "Motion to Incur New Debt"

and shows the Court the following:

**1.**

On August 4, 2018, Debtor filed a Voluntary Petition for relief under Chapter 13

of the United States Bankruptcy Court pursuant to the provisions of 11 U.S.C. Section

362.                                **2.**

On May 19, 2020 (Docket #52), March 29, 2021 (Docket #58), and June 17, 2021

(Docket #59), Counsel for Debtor's mortgage company filed a forbearance that, upon

ending, would be resolved by FHA partial claim for the unpaid amount.

**3.**

Debtor requests permission from the Court to enter into a FHA Partial Claim at

$16,499.00, with no interest rate and a maturity date of August 1, 2047 (see attached as

"Exhibit A").

**4.**

Debtor will not be receiving any proceeds from the refinance as the sole purpose

is to repay the amount put into forbearance.

**WHEREFORE** Debtor prays:

(a)      That this "Motion" be filed, read and considered;

(b)      That Debtor be allowed to incur new debt;

(c)      That this Honorable Court grants such other and further relief as it may

deem just and proper.

This 1st day of July, 2021.

/s/ Jeffrey b. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, GA  30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com

# "EXHIBIT "A"

FHA Case No.:  703 106-0632857

# PROMISSORY NOTE

**JUNE 15, 2021**                    **CANTON**                    **GEORGIA**
[Date]                              [City]                         [State]

**199  HOWELL DR, CANTON, GEORGIA 30115**
[Property Address]

**1.   PARTIES.**

"Borrower" means each person signing at the end of this Note, and the person's successors and assigns. "Secretary" or "Lender" means the Secretary of Housing and Urban Development and its successors and assigns.

**2.   BORROWER'S PROMISE TO PAY**

In return for a loan received from Lender, Borrower promises to pay the principal sum of **SIXTEEN THOUSAND FOUR HUNDRED NINETY-NINE DOLLARS AND 0 CENTS** Dollars (U.S. **$16,499.00**), to the order of Lender.

**3.   PROMISE TO PAY SECURED**

Borrower's promise to pay is secured by a mortgage, deed of trust or similar security instrument that is dated the same date as this Note and called the "Security Instrument." The Security Instrument protects the Lender from losses which might result if Borrower defaults under this Note.

**4.   MANNER OF PAYMENT**

**(A) Time.**
On; **AUGUST 1, 2047**, or, if earlier, when the first of the following events occurs:
> (i) The Borrower has paid in full all amounts due under the primary Note and related mortgage, deed of trust or similar Security Instruments insured by the Secretary, or
> (ii) The maturity date of the primary Note has been accelerated, or
> (iii) The Primary Note and related mortgage, deed of trust or similar Security Instrument are no longer insured by the Secretary.

**(B) Place.**
Payment shall be made at the **Office of Housing FHA-Comptroller, Director of Mortgage Insurance Accounting and Servicing, 451 Seventh Street, SW, Washington, DC 20410** or any such other place as Lender may designate in writing by notice to Borrower.

**5.   BORROWER'S RIGHT TO PREPAY**

Borrower has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty. If Borrower makes a partial prepayment, there will be no changes in the due date or in the amount of the monthly payment unless Lender agrees in writing to those changes.

Partial Claims Agreement 05312021_105                              **0504754180**

**6. WAIVERS**

Borrower and any other person who has obligations under this Note waive the rights or presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

**7. OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. Lender may enforce its rights under this Note against each person individually or against all signatories together. Any one person signing this Note may be required to pay all of the amounts owed under this Note.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Note.

_____
Borrower
**JACOB DUMAS**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13** |
| **JACOB BENJAMIN DUMAS,** | ) | |
| | ) | **CASE NO.  18-62934-JWC** |
| | ) | |
| **DEBTOR,** | ) | **JUDGE CAVENDER** |

**NOTICE OF HEARING ON MOTION TO INCUR NEW DEBT**

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a "Motion" seeking to have the Court permit Debtor to incur new debt.

**PLEASE TAKE FURTHER NOTICE** Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing in the matter in **Courtroom 1203 of the U.S. Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia at 10:20 a.m. on August 3, 2021**.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend this hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive SW, Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

This 1st day of July, 2021.

/s/ Jeffrey b. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, GA  30161            Fax (706) 413-1365
Phone (678) 861-1127        lawoffice@kellycanhelp.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing **Motion to Incur New Debt and Notice of Hearing** on the following by U. S. Mail, in a properly stamped and addressed envelope.

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave NE Ste. 120
Atlanta, GA 0303

McCalla Raymer Leibert Pierce, LLC
Attorney for Flagstar Bank
1544 Old Alabama Road
Roswell, GA 30076

Jacob B. Dumas
199 Howell Dr.
Canton, GA 30115

US Attorney General
US Department of Justice
PO Box 14198
Ben Franklin Station
Washington, DC 20044

Flagstar Bank
5151 Corporate Dr.
Troy, MI 48098

US Attorney
Northern District of Georgia
75 Spring Street, SW Suite 600
Atlanta, GA 30303

*All creditors on attached matrix.*

This 1st day of July, 2021

/s/ Jeffrey b. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, GA  30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com

Label Matrix for local noticing
113E-1
Case 18-62934-jwc
Northern District of Georgia
Atlanta
Thu Jul  1 11:29:17 EDT 2021

Adam B. Russo
Atty for Wells Fargo
5555 Glenridge Conn. Ste 900
Atlanta, GA 30342-4762

American Express
PO Box 981537
El Paso, TX 79998-1537

American Express National Bank
4315 South 2700 West
Mail Code: 02-01-47
Salt Lake City, UT 84184-0001

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Julie M. Anania
Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

(p)BANK OZK
ATTN ATTENTION LEGAL/BANKRUPTCY
P O BOX 8811
LITTLE ROCK AR 72231-8811

Bank OZK fka Bank of the Ozarks
17901 Chenal Pkwy
Little Rock, AR 72223-5831

Bank OZK, f/k/a Bank of the Ozarks, successo
Merger to Community & Southern Bank
Office of General Counsel
P.O. Box 8811
Little Rock, AR 72231-8811

Bank OZK, formerly known as Bank of the Ozar
Office of General Counsel
P.O. Box 8811
Little Rock, AR 72231-8811

Bank Ozk
6th Street
PO Box 196
Ozark, AR 72949-0196

Heather D. Bock
McCalla Raymer Leibert Pierce LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Brittany R Turner
Attorney for American Express
100 Peachtree St NW, Ste 2095
Atlanta, GA 30303-1941

Capital One Bank USA NA
10700 Capital One Way
Glen Allen, VA 23060-9243

Cherokee County Magistrate
90 North St #150
Canton, GA 30114-2786

Cherokee County State Court
90 North St
Canton, GA 30114-2790

Corporation Service Company
Registered Agent
40 Technology Pkwy S
Norcross, GA 30092-2987

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Jacob Benjamin Dumas
199 Howell Dr
Canton, GA 30115-8273

Equifax
PO Box 740241
Atlanta, GA 30374-0241

Experian
PO Box 9701
Allen, TX 75013-9701

Flagstar Bank
Bankruptcy Department
5151 Corporate Drive
Troy, MI 48098-2639

(p)FLAGSTAR BANK FSB
5151 CORPORATE DRIVE
MAIL STOP E 115 3
TROY MI 48098-2639

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

A. Michelle Hart Ippoliti
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

JH Portfolio Debt
5757 Phantom Dr
Suite 225
Hazelwood, MO 63042-2429

Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161-1725

LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Michael J. McCormick
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Ciro A. Mestres
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Trans Union
PO Box 1000
Chester, PA 19016-1000


Maria A. Tsagaris
McCalla Raymer Leibert Pierce
1544 Old Alabama Road
Roswell, GA 30076-2102

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

US Dept of Ed/GLELSI
2401 International Lane
Madison, WI 53704-3121


United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Wells Fargo
PO Box 94435
Albuquerque, NM 87199-4435

Wells Fargo Bank, N.A.
101 N Phillips Avenue
Sioux Falls, SD 57104-6714


Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
Saint Louis Park, MN 55426-4938

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Card Service
P.O. Box 14517
Des Moines, IA 50306-3517


Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank OZK
Office of General Counsel
P.O. Box 8811
Little Rock, AR 72231

Flagstar Bank, FSB
5151 Corporate Drive
Troy, MI 48098-2639

Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321-1108


(d)Georgia Department of Revenue
Central Collections
Bankruptcy Section
1800 Century Blvd NE Suite 9100
Atlanta, Georgia 30345

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Flagstar Bank

(u)Lakeview Loan Servicing, LLC

End of Label Matrix
Mailable recipients    42
Bypassed recipients     2
Total                  44