**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| **JACOB BENJAMIN DUMAS,** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 18-62934-JWC** |
| **DEBTOR,** | ) | |
| | ) | **JUDGE CAVENDER** |

**MOTION TO INCUR NEW DEBT**

Comes now **JACOB BENJAMIN DUMAS**, Debtor in the above-styled Chapter

13 case, by and through undersigned counsel, and file this "Motion to Incur New Debt"

and shows the Court the following:

**1.**

On August 4, 2018, Debtor filed a Voluntary Petition for relief under Chapter 13

of the United States Bankruptcy Court pursuant to the provisions of 11 U.S.C. Section

362.

**2.**

Debtor requests to refinance his home through a cash out refinance at

$208,000.00.

**3**.

Debtor wishes to take out $48,000.00 total in equity in order to use $12,000.00 for

necessary home repairs and the remaining $36,000.00 to pay off his bankruptcy case in

full.

**4.**

Payment of the $36,000.00 into the case will allow Debtor to propose a plan with

a 100% dividend to unsecured creditors.

**WHEREFORE** Debtor prays:

(a)     That this "Motion" be filed, read and considered;

(b)     That Debtor be allowed to incur new debt;

(c)     That this Honorable Court grants such other and further relief as it may

deem just and proper.

This 23rd day of September, 2021.

/s/ Jeffrey b. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, GA  30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| **JACOB BENJAMIN DUMAS,** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 18-62934-JWC** |
| **DEBTOR,** | ) | |
| | ) | **JUDGE CAVENDER** |

**NOTICE OF HEARING ON MOTION TO INCUR NEW DEBT**

 **PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a "Motion" seeking to have the Court permit Debtors to incur new debt.

 **PLEASE TAKE FURTHER NOTICE** Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

 **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing in the matter in **Courtroom 1203 of the U.S. Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia at 10:20 a.m. on October 26, 2021**.

 Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend this hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive SW, Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

This 23rd day of September, 2021.

/s/ Jeffrey b. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798     Phone (678) 861-1127
107 E. 5th Avenue    Fax (706) 413-1365
Rome, GA  30161    lawoffice@kellycanhelp.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing **Motion to Incur New Debt and Notice of Hearing** on the following by U. S. Mail, in a properly stamped and addressed envelope.

Chapter 13 Trustee
Melissa J. Davey
260 Peachtree Street NW Ste 200
Atlanta, GA 0303

Jacob B. Dumas
199 Howell Dr.
Canton, GA 30115

US Attorney General
US Department of Justice
PO Box 14198
Ben Franklin Station
Washington, DC 20044

US Attorney
Northern District of Georgia
75 Spring Street, SW Suite 600
Atlanta, GA 30303

*All creditors on attached matrix.*

This 23rd day of September, 2021.


/s/ Jeffrey b. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, GA  30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com

```
Label Matrix for local noticing        Adam S Russo                         American Express
113E-1                                  Atty for Wells Fargo                 PO Box 981537
Case 18-62934-jwc                       5555 Glenridge Conn. Ste 900         El Paso, TX 79998-1537
Northern District of Georgia            Atlanta, GA 30342-4762
Atlanta
Thu Sep 23 10:42:10 EDT 2021

American Express National Bank          American Express National Bank       Julie M. Anania
4315 South 2700 West                    c/o Becket and Lee LLP               Nancy J. Whaley
Mail Code: 02-01-47                     PO Box 3001                          Standing Chapter 13 Trustee
Salt Lake City, UT 84184-0001           Malvern  PA 19355-0701               Suite 120
                                                                             303 Peachtree Center Avenue
                                                                             Atlanta, GA 30303-1286

 (p)BANK OZK                            Bank OZK fka Bank of the Ozarks      Bank OZK, f/k/a Bank of the Ozarks, successo
ATTN ATTENTION LEGAL/BANKRUPTCY         17901 Chenal Pkwy                    Merger to Community & Southern Bank
P O BOX 8811                            Little Rock, AR 72223-5831           Office of General Counsel
LITTLE ROCK AR 72231-8811                                                    P.O. Box 8811
                                                                             Little Rock, AR 72231-8811

Bank OZK, formerly known as Bank of the Ozar   Bank Ozk                      Heather D. Bock
Office of General Counsel               6th Street                           McCalla Raymer Leibert Pierce LLC
P.O. Box 8811                           PO Box 196                           1544 Old Alabama Road
Little Rock, AR 72231-8811              Ozark, AR 72949-0196                 Roswell, GA 30076-2102

Brittany R Turner                       Capital One Bank USA NA              Cherokee County Magistrate
Attorney for American Express           10700 Capital One Way                90 North St #150
100 Peachtree St NW, Ste 2095           Glen Allen, VA 23060-9243            Canton, GA 30114-2786
Atlanta, GA 30303-1941

Cherokee County State Court             Corporation Service Company          Credit One Bank
90 North St                             Registered Agent                     PO Box 98872
Canton, GA 30114-2790                   40 Technology Pkwy S                 Las Vegas, NV 89193-8872
                                        Norcross, GA 30092-2987

Jacob Benjamin Dumas                    Equifax                              Experian
199 Howell Dr                           PO Box 740241                        PO Box 9701
Canton, GA 30115-8273                   Atlanta, GA 30374-0241               Allen, TX 75013-9701

Flagstar Bank                            (p)FLAGSTAR BANK FSB                 (p)GEORGIA DEPARTMENT OF REVENUE
Bankruptcy Department                   5151 CORPORATE DRIVE                 COMPLIANCE DIVISION
5151 Corporate Drive                    MAIL STOP E 115 3                    ARCS BANKRUPTCY
Troy, MI 48098-2639                     TROY MI 48098-2639                   1800 CENTURY BLVD NE SUITE 9100
                                                                             ATLANTA GA 30345-3202

Internal Revenue Service                A. Michelle Hart Ippoliti            JH Portfolio Debt
PO Box 7346                             McCalla Raymer Leibert Pierce, LLC   5757 Phantom Dr
Philadelphia, PA 19101-7346             1544 Old Alabama Road                Suite 225
                                        Roswell, GA 30076-2102               Hazelwood, MO 63042-2429

Jeffrey B. Kelly                        LVNV Funding, LLC its successors and assigns   Michael J. McCormick
Law Office of Jeffrey B. Kelly, P.C.    assignee of MHC Receivables, LLC and   McCalla Raymer Leibert Pierce, LLC
107 E. 5th Avenue                       FNBM, LLC                            1544 Old Alabama Road
Rome, GA 30161-1725                     Resurgent Capital Services           Roswell, GA 30076-2102
                                        PO Box 10587
                                        Greenville, SC 29603-0587
```

Ciro A. Mestres
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Trans Union
PO Box 1000
Chester, PA 19016-1000


Maria A. Tsagaris
McCalla Raymer Liebert Pierce
1544 Old Alabama Road
Roswell, GA 30076-2102

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

US Dept of Ed/GLELSI
2401 International Lane
Madison, WI 53704-3121


United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Wells Fargo
PO Box 94435
Albuquerque, NM 87199-4435

Wells Fargo Bank, N.A.
101 N Phillips Avenue
Sioux Falls, SD 57104-6714


Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
Saint Louis Park, MN 55426-4938

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Card Service
P.O. Box 14517
Des Moines, IA 50306-3517


Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank OZK
Office of General Counsel
P.O. Box 8811
Little Rock, AR 72231

Flagstar Bank, FSB
5151 Corporate Drive
Troy, MI 48098-2639

Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321-1108


(d)Georgia Department of Revenue
Central Collections
Bankruptcy Section
1800 Century Blvd NE Suite 9100
Atlanta, Georgia 30345

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Flagstar Bank

(u)Lakeview Loan Servicing, LLC

End of Label Matrix
Mailable recipients    42
Bypassed recipients     2
Total                  44